# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2374
L.T. Case No. 2020-CF-011469-A

_____

LAVONTA BURRELL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


3.800 Appeal from the Circuit Court for Duval County.
Meredith Charbula, Judge.

Lavonta Burrell, Trenton, pro se.

James Uthmeier, Attorney General, and Ryan Roy, Assistant
Attorney General, Tallahassee, for Appellee.

September 16, 2025

PER CURIAM.

AFFIRMED. *See* Fla. R. App. P. 9.315(a).

JAY, C.J., and KILBANE and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____